# Court of Appeals
# of the State of Georgia

ATLANTA, February 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0084.  KESSLER et al. v. MULTIBANK 2009-1 CRE VENTURE, LLC.**

We originally dismissed this case because the certificate of immediate review was not filed within 10 days of the order being appealed. Jay Kessler and Kenneth Seitz filed a Motion for Reconsideration, attaching a trial court order that vacated and concurrently reentered the original order to allow the timely entry of a certificate of review in the case. Accordingly, we hereby GRANT the motion inasmuch as the trial court's certificate of immediate review was entered within 10 days of the order being appealed. Our December 11, 2012 order dismissing the application for interlocutory appeal is hereby VACATED, and the application is REINSTATED. Upon full consideration of the merits of the application for interlocutory review, however, we hereby GRANT the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*